# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

HAMLITON COUNTY TREASURER,

    Plaintiff,

        v.

DERRYN N. NESBITT, et al.,

    Defendants.

Case No. 1:16-cv-1114

Black, J.
Bowman, M.J.

## SUPPLEMENTAL REPORT AND RECOMMENDATION

On December 9, 2016, the undersigned recommended that this improperly removed state foreclosure action be remanded. However, the prior R&R mistakenly referenced the state court as the Hamilton County Court of Common Pleas. Counsel for the Hamilton County Treasurer telephoned the assistant to the undersigned, upon receipt of the prior R&R, to advise of a procedural error. Accordingly, IT IS RECOMMENDED THAT the December 9, 2016 R&R shall remain unchanged EXCEPT that any erroneous references to the Hamilton County Court of Common Pleas should be corrected to the Hamilton County Board of Revision, from which the Defendants removed this litigation. In short, the prior recommendation to remand the improperly removed proceeding shall stand, but paragraph 1 of the prior R&R should be corrected to read that remand should be to the Hamilton County, Ohio Board of Revision (Case No. RF 1600100).

                                                  *s/ Stephanie K. Bowman*
                                                  Stephanie K. Bowman
                                                  United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

HAMLITON COUNTY TREASURER,

    Plaintiff,

    v.

DERRYN N. NESBITT, et al.,

    Defendants.

Case No. 1:16-cv-1114

Black, J.
Bowman, M.J.

## NOTICE

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** after being served with a copy thereof.  That period may be extended further by the Court on timely motion by either side for an extension of time.  All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections.  A party shall respond to an opponent's objections within **FOURTEEN DAYS** after being served with a copy of those objections.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.  *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).