UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| HAMILTON COUNTY TREASURER, | : | Case No. 1:16-cv-1114 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Stephanie K. Bowman |
| vs. | : | |
| | : | |
| DERRYN N. NESBITT, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 14)**

This case was previously remanded to the Hamilton County Board of Revision and closed by an Order from this Court adopting a previous Report and Recommendation form the Magistrate Judge. (Doc. 10). Pursuant to that Order, the Clerk entered judgment closing the case (Doc. 11) and sent a letter addressed to the Hamilton County Clerk, Court of Common Pleas remanding the case (Doc. 12).

The matter is now before the Court regarding Defendants' motion to alter judgment filed on February 8, 2017, after remand had already been effectuated. (Doc. 13). The Magistrate Judge issued a Report and Recommendation regarding the instant motion of Defendants on February 22, 2017. (Doc. 14). Defendants filed objections to the Report and Recommendation on March 8, 2017. (Doc. 15).

Defendants' most recent objections, like their motion to alter judgment and their objections to the previous Report and Recommendation, are entirely frivolous. This

Court has never had jurisdiction in this matter, and Defendants have continued to make irrelevant filings that do not address this simple, dispositive fact.

Therefore, the Court therefore **ADOPTS** the Report and Recommendation in its entirety, including the recommendation that any further filings made by Defendants in this matter be summarily denied as frivolous.

Accordingly, **IT IS ORDERED** as follows:

1) Plaintiff's motion to alter judgment (Doc. 13) is **DENIED**;

2) As this Court has already ruled that it lacks jurisdiction over this case (*see* Doc. 10), any further filings in this case by Defendants shall be summarily denied as frivolous.

**IT IS SO ORDERED.**

Date:  3/10/17
*s/ Timothy S. Black*
Timothy S. Black
United States District Judge